# SPECIAL COVERAGE POLICY

A Capital Stock Company

THE CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA

OMAHA, NEBRASKA

CRAVENS, DARGAN & COMPANY
PACIFIC COAST

234 BUSH STREET
SAN FRANCISCO, CALIFORNIA 94104

3540 WILSHIRE BLVD.
LOS ANGELES, CALIF. 90005

*A Member of*
**The CENTRAL NATIONAL INSURANCE GROUP**
OF OMAHA, NEBRASKA

**CRAVENS, DARGAN & COMPANY**
PACIFIC COAST

By acceptance of this policy the named Insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the Company or any of its agents relating to this insurance.

*In Witness Whereof*, the Company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

Frank J. Barrett, Secretary. M. A. Olson, President.

LU 141 1-73 CC (2M 1-73)

SPECIAL COVERAGE POLICY
DECLARATIONS

CNS 9-33-68

# THE CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA

A Capital Stock Company

OMAHA, NEBRASKA

DECLARATIONS

Item 1. Named Insured and P. O. Address (No., Street, Town, County, State)

UNIGARD MUTUAL INSURANCE COMPANY IRO PFIZER, INC.
450 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111

CRAVENS, DARGAN & COMPANY
PACIFIC COAST
234 BUSH STREET
SAN FRANCISCO, CA. 94104

3540 W. WILSHIRE BLVD.
LOS ANGELES, CA. 90005

Item 2. Policy Period:
From OCTOBER 1, 1974 To OCTOBER 1, 1975
12:01 A. M., standard time at the address of the named Insured as stated herein.

Item 3. The location of the premises and the applicable limits of liability are specified in the Coverage Form(s) attached to and forming part of this policy.

PREMIUM Numbers of forms and endorsements attached to the policy: LU 31
$ 1,062.50

$ 1,062.50 Total Premium

Item 4. If the Policy Period is more than one year and the premium is to be paid in installments, premium installments of *(enter below)* $ each are payable on the effective date of this policy and the first and second anniversaries thereof.

Item 5. During the last five years the Insured has not sustained or received indemnity for any loss of the kind covered hereby, unless otherwise stated herein:* *(enter below)*

Item 6. During the last five years no insurer has canceled insurance issued to the Insured against loss covered hereby, unless otherwise stated herein:

Item 7. No other insurance issued to the Insured is in force which covers loss covered hereby, unless otherwise stated herein:* *(enter below)*

Item 8. By acceptance of this policy the Insured agrees that any prior policy herein designated is canceled as of the time this policy becomes effective:

**Absence of an entry means "No Exceptions".*

Countersigned, APRIL 1, 1975

CRAVENS, DARGAN & COMPANY
By BY B Chen
Authorized Representative

LU-141 1-73 CC (2M 1-73)

# CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA

(herein called the reinsurer)

UNIGARD MUTUAL INSURANCE COMPANY
450 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111

attached to and forming part of policy number

CNS 9 33 68

ATTENTION

PFIZER, INC.
NAME OF INSURED

NEW YORK — NEW YORK
CITY — STATE

1-0261 — OCTOBER 1,1974 TO OCTOBER 1,1975
COMPANY POLICY NO. — COMPANY POLICY PERIOD

REINSURANCE PERIOD:
OCTOBER 1,1974 TO OCTOBER 1,1975

| | | | |
|---|---|---|---|
| $2 MILLION PART OF $10 MILLION EXCESS OF $40 MILLION WHICH EXCESS OF SELF INSURED RETENTION | $1,750,000.00 PART OF $2 MILLION PART OF $10 MILLION EXCESS OF $40 MILLION WHICH EXCESS OF SELF INSURED RETENTION | $250,000.00 PART OF $2 MILLION PART OF $10 MILLION EXCESS OF $40 MILLION WHICH EXCESS OF SELF INSURED RETENTION | [ ] EXCESS OF LOSS<br>[X] CONTRIBUTING EXCESS<br>[X] NON-CONCURRENT |

THE REINSURERS NET PREMIUM FOR THIS CERTIFICATE SHALL BE $ 1,062.50 [X] FIXED CHARGE [ ] DEPOSIT PREMIUM

THIS PREMIUM SHALL BE ADJUSTED ANNUALLY AT:

| | |
|---|---|
| N/A | $ 1,062.50 |

MINIMUM PREMIUM FOR REINSURANCE PERIOD $ 1,062.50 MINIMUM PREMIUM FOR CERTIFICATE $ 106.00

COUNTERSIGNED AT SAN FRANCISCO, CALIFORNIA THIS 1ST DAY OF APRIL 1975

CRAVENS, DARGAN & COMPANY

by BY [signature]
Authorized Signature

LU 31 1-74 CLW(2½M 1-74)