AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

***SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company***

**V.**

**CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07-478-ML

TO: (Name and address of defendant)

**CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Gerald J. Petros (#2931)***
***Anna M. Piazza (#7206)***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 12·27·07

(BY) DEPUTY CLERK

857600

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 01/4/08

NAME OF SERVER (*PRINT*) TITLE:

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: Central National Insurance Co. of Omaha

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: Steve Haideman

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 1/5/08
Dated

[signature] / Robyn Perrigo
Signature of Server

15 Cypress St. Yutan, NE 68073
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.