# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | C.A. No. 07-478-ML |

**ENTRY OF APPEARANCE**

Robert K. Taylor hereby enters his appearance as counsel for Defendant Century Indemnity Company, as successor to CIGNA Specialty Insurance Company.

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: January 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 15th day of January, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder, LLP
gpetros@haslaw.com

Anna M. Piazza, Esq. / Hinckley, Allen & Snyder, LLP
apiazza@haslaw.com

/s/ Robert K. Taylor

960968_1