# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a Unigard Mutual Insurance Company,<br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br>Defendants. | C.A. No. 07-478-S |

**STIPULATION TO EXTEND TIME**

The Plaintiff and Defendant Century Indemnity Company, as Successor to Insurance Company of North America ("Century), by their undersigned counsel, hereby stipulate that Century shall have up to and including February 20, 2008 within which to answer or otherwise respond to Plaintiff's Complaint.

SEATON INSURANCE COMPANY,
f/k/a Unigard Mutual Insurance Company,

By Its Attorneys,

/s/ Anna M. Piazza
HINCKLEY, ALLEN & SNYDER, LLP
Gerald J. Petros, Esq. (#2931)
Anna M. Piazza (#7206)
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 FAX
gpetros@haslaw.com
apiazza@haslaw.com

CENTURY INDEMNITY COMPANY, as
Successor to Insurance Company of North
America

By Its Attorneys,

/s/ Robert K. Taylor
PARTRIDGE SNOW & HAHN LLP
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

960653_1