IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | Civil Action No. 07-478 |

**AFFIDAVIT OF SERVICE OF PROCESS
BY REGISTERED MAIL, RETURN RECEIPT REQUESTED**

I, Anna M. Piazza, of Hinckley, Allen & Snyder LLP, an attorney for Plaintiff, Seaton Insurance Company, in the above-referenced case, state under oath that:

1. Pursuant to R.I. Gen. Laws § 27-16-6(b), I caused notice of service and a copy of process to be mailed to Defendant, Central National Insurance Company of Omaha, by registered mail return receipt requested, at its last known principal place of business within 10 days of service upon the Rhode Island Insurance Commissioner.

2. The registered mail return receipt in the exact form as returned by the United States Postal Service is attached as Exhibit A.

Anna M. Piazza
Anna M. Piazza (#7206)

SUBSCRIBED AND SWORN to before me this 15th day of January, 2008.

Joanne L. Mansolf
Notary Public – Joanne L. Mansolf
My Commission Expires: April 21, 2009

# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Central National Insurance
Company of Omaha
11128 John Galt Boulevard
Suite 450
Omaha, Nebraska 68137

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* D Devney

B. Date of Delivery 1/8/08

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
RR 965 461 350 US

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952