IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,

Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,

Defendants.

Civil Action No. 07-478

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

**TO THE CLERK OF COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, Seaton Insurance Company ("Seaton"), hereby moves for entry of default against Defendant, Central National Insurance Company of Omaha ("Central National"), for failure to answer or otherwise respond to Seaton's complaint. In support of this motion, Seaton relies upon the accompanying memorandum of law, affidavit, and exhibits.

SEATON INSURANCE COMPANY,
By their Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: 401-274-2000
Fax: 401-277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Mark Hoerrner, Esq.
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel: 973-379-4800
Fax: 973-379-7734

Dated: February 5, 2008.

**CERTIFICATION PURSUANT TO LOCAL RULE CV 55**

On February 5, 2008, I caused a copy of this motion for entry of default, the supporting memorandum, and the affidavit and attached exhibits to be mailed to Central National by both regular mail, postage prepaid, and by certified or registered mail, return receipt requested. The aforementioned papers were mailed to 11128 John Galt Boulevard, Suite 450, Omaha, Nebraska 68137, which to the best of the movant's knowledge, is Central National's last known address. A copy of the return receipt is attached as Exhibit 1. A copy of the return receipt will be filed with the Court again upon receipt from the United States Post Office. The party in default is a corporation, and therefore, not in the military service.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2008, a copy of the foregoing Motion for Entry of Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

869072 (60891-134770)

# EXHIBIT 1

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Central National Insurance
Company of Omaha
11128 John Galt Boulevard
Suite 450
Omaha, Nebraska 68137

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) RR 965 461 363 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Registered No.**

**Date Stamp**

**To Be Completed By Post Office**

| | |
|---|---|
| Reg. Fee $ | Special Delivery $ |
| Handling Charge $ | Return Receipt $ |
| Postage $ | Restricted Delivery $ |
| Received by | |

**Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited *(See Reverse)***

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

Customer Must Declare Full Value $
☐ With Postal Insurance
☒ Without Postal Insurance

FROM:
Anna M. Piazza, Esq.
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

TO:
Central Nat'l Ins. Co. of Omaha
11128 John Galt Boulevard
Suite 450
Omaha, Nebraska 68137

PS Form **3806**, June 2000 **Receipt for Registered Mail** *(Customer Copy)* *(See Information on Reverse)*