IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | Civil Action No. 07-478 |

**AFFIDAVIT OF ANNA M. PIAZZA IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Anna M. Piazza, upon oath depose and state that:

1. I am an attorney at Hinckley, Allen & Snyder, LLP, and a member of the Rhode Island Bar.

2. I represent the Plaintiff, Seaton Insurance Company ("Seaton"), in this matter.

3. On December 26, 2007, on behalf of Seaton, I filed with the Court a complaint against Defendants, Century Indemnity Company and Central National Insurance Company of Omaha ("Central National").

4. On December 28, 2007, I had a constable serve two copies of process on the Rhode Island Insurance Commissioner, as agent for service of process for Central National.

5. Rosanne Pasquale acknowledged receipt of process on behalf of the Rhode Island Insurance Commissioner. See 12/28/07 Return of Service, attached as Exhibit A.

6. As required by statute, I sent a copy of the summons and complaint to Central National by registered mail, return receipt requested, within ten days of service upon the Rhode Island Insurance Commissioner. See 1/3/08 Ltr. from A. Piazza to Central National, attached as Exhibit B.

7. An agent for Central National signed the mail stub, acknowledging receipt of the process on January 8, 2008. See Affidavit of Service of Process, attached as Exhibit C, at 2.

8. I filed an affidavit with the Court evidencing compliance with the aforementioned statutory procedure. See id. at 1-2.

9. On January 4, 2008, I had a national process server effect service of process on Central National by hand-delivering a copy of the summons and complaint to Steve Heidemen at Central National's headquarters in Omaha, Nebraska. See 1/4/08 Return of Service, attached as Exhibit D.

10. I received a copy of a letter dated January 8, 2008 from a member of Central National's claims department. See 1/8/08 Ltr. from R.M. Kern to J. Bonner, attached as Exhibit E. This letter stated "[p]lease note we have now received three copies of this suit." Id.

11. As of February 4, 2008, Central National has not served an answer or otherwise responded to Seaton's complaint, or filed with the Court any response to Seaton's complaint. See 2/4/08 Docket Sheet, attached as Exhibit F.

Anna M. Piazza
Anna M. Piazza

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO before me this 5th day of February, 2008.

Joanne L Mansolf
My Commission Expires 4/21/2009

869598 (60891-134770)

# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

***SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company***

**V.**

**CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**CA 07 478** ML

TO: (Name and address of defendant)

**CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Gerald J. Petros (#2931)***
***Anna M. Piazza (#7206)***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

12.27.07

DATE

(BY) DEPUTY CLERK

857600

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Services of the Summons and complaint was made by me [1] | DATE 12-28-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): To an agent authorized by appointment or by law to receive service of process on behalf of defendant, namely, Rosanne Pasquale, Insurance Commission

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| – | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
*Date*

[signature]
*Signature of Server*

87 Grand View Rd
*Address of Server*
E. Greenwich, RI 02818

X [signature] Rosanne Pasquale

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
TEL: 401.274.2000
FAX: 401.277.9600
www.haslaw.com

*Anna M. Piazza*
apiazza@haslaw.com

January 3, 2008

***Registered Mail, Return Receipt Requested***

Central National Insurance Company of Omaha
11128 John Galt Boulevard
Suite 450
Omaha, Nebraska 68137

**Re: Seaton Insurance Company v. Century Indemnity Company and Central National Insurance Company of Omaha, C.A. No. 07-478-ML**

Dear Sir or Madam:

Pursuant to R.I. Gen. Laws § 27-16-6, enclosed is a summons and complaint against Central National Insurance Company of Omaha which was served on the Rhode Island Insurance Commissioner on December 28, 2007.

Very truly yours,

Anna M. Piazza

Anna M. Piazza

AMP:jlm

Enclosures

862485

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | Civil Action No. 07-478 |

**AFFIDAVIT OF SERVICE OF PROCESS BY REGISTERED MAIL, RETURN RECEIPT REQUESTED**

I, Anna M. Piazza, of Hinckley, Allen & Snyder LLP, an attorney for Plaintiff, Seaton Insurance Company, in the above-referenced case, state under oath that:

1. Pursuant to R.I. Gen. Laws § 27-16-6(b), I caused notice of service and a copy of process to be mailed to Defendant, Central National Insurance Company of Omaha, by registered mail return receipt requested, at its last known principal place of business within 10 days of service upon the Rhode Island Insurance Commissioner.

2. The registered mail return receipt in the exact form as returned by the United States Postal Service is attached as Exhibit A.

Anna M. Piazza
Anna M. Piazza (#7206)

SUBSCRIBED AND SWORN to before me this 15th day of January, 2008.

Joanne L. Mansolf
Notary Public – Joanne L. Mansolf
My Commission Expires: April 21, 2009

# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Central National Insurance
Company of Omaha
11128 John Galt Boulevard
Suite 450
Omaha, Nebraska 68137

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)* D Deviney
B. Date of Delivery 1/8/08

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
RR 965 461 350 US

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

# EXHIBIT D

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

***SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company***

**V.**

**CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07-478-ML

TO: (Name and address of defendant)

**CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Gerald J. Petros (#2931)***
***Anna M. Piazza (#7206)***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 12.27.07

(BY) DEPUTY CLERK

#57600

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 01/4/08
NAME OF SERVER (*PRINT*) TITLE:

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: Central National Insurance Co. of Omaha

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: Steve Heideman

☐ Returned unexecuted

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 1/5/08
Dated

[signature] / Robyn Percigo
Signature of Server

15 Cypress St. Yutan, NE 68073
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT E

JAN 11 2008

**The Central National Insurance Company of Omaha** *(In Rehabilitation)*

*Ann M. Frohman, Rehabilitator*
*Theodore L. Kessner, Deputy Rehabilitator*

*11128 John Galt Blvd., Ste. 450*
*Omaha, Nebraska 68137-6312*
*402/970-8600 • FAX 402/970-8642*

January 8, 2008

Ms. Jessica Bonner
Resolute Management, Inc.
United Plaza Bldg., Suite 700
30 South 17th Street
Philadelphia, PA 19103

| | |
|---|---|
| Venue: | United States District Court |
| Case No.: | CA 07 478 ML<br>Seaton Insurance Company formerly known as Unigard Mutual Insurance Company v. Century Indemnity (successor to Insurance Company of North America) and Central National Insurance Company of Omaha |
| Insured: | Various Individual Companies |
| Policy No.: | CNS 093368 (10/01/74 to 10/01/75) Pfizer Inc.<br>CNS 093371 (10/01/74 to 10/01/75) Pfizer Inc.<br>FAC 01423 (02/01/73 to 02/01/76) Union Carbide<br>V01225 (06/18/75 to 10/31/75) Champion International Corp. |

Dear Ms. Bonner:

The enclosed suit was received certified today. The hand-delivered copy was previously sent to you on January 2, 2008. Please note we have now received three copies of this suit.

By copy of this letter we are advising Ms. Anna M. Piazza with Hinckley Allen Snyder that all future correspondence regarding this claim should be forwarded to your office for handling.

If you have any questions, please feel free to contact us.

Very truly yours,

R. M. Kern
Claims Department

RMK/rh
Encl.

cc: Ms. Anna M. Piazza
Hinckley Allen Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393

# EXHIBIT F

**U.S. District Court**
**District of Rhode Island (Providence)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00478-S-LDA**

Seaton Insurance Company v. Century Indemnity Company et al
Assigned to: Judge William E Smith
Referred to: Magistrate Judge Lincoln D. Almond
Related cases: (View Related Cases)
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 12/27/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | | TEXT ORDER ENTERING 6 Stipulation filed by Century Indemnity Company. Century shall have up to and including February 20, 2008 within which to answer or otherwise respond to Plaintiff's Complaint. So Ordered by Judge William E Smith on 1/17/2008. (Baldinelli, Doreen) (Entered: 01/17/2008) |
| 01/15/2008 | 7 | AFFIDAVIT *of Service of Process by Registered Mail, Return Receipt Requested* by Seaton Insurance Company. (Piazza, Anna) (Entered: 01/15/2008) |
| 01/15/2008 | 6 | STIPULATION re 1 Complaint, *to Extend Time to Respond to Complaint* by Century Indemnity Company. (Taylor, Robert) (Entered: 01/15/2008) |
| 01/15/2008 | 5 | NOTICE of Appearance by Robert K. Taylor on behalf of Century Indemnity Company (Taylor, Robert) (Entered: 01/15/2008) |
| 01/11/2008 | 4 | SUMMONS Returned Executed by Seaton Insurance Company. Century Indemnity Company served on 12/31/2007, answer due 1/22/2008. (Piazza, Anna) (Entered: 01/11/2008) |
| 01/11/2008 | 3 | SUMMONS Returned Executed by Seaton Insurance Company. Central National Insurance Company of Omaha served on 1/4/2008, answer due 1/24/2008. (Piazza, Anna) (Entered: 01/11/2008) |
| 01/10/2008 | | CASE PERMANENTLY ASSIGNED Since Judge William E Smith has determined that this case is in fact related to CA 07-332 this case is permanently assigned to Judge William E Smith for all further proceedings (Baldinelli, Doreen) (Entered: 01/10/2008) |
| 01/04/2008 | | CASE CONDITIONALLY ASSIGNED to Judge William E Smith. Related Case Number 07-332 based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related; this assignment was made pursuant to Judge Lisi's recusal from CA 07-332 (Barletta, Barbara) (Entered: 01/04/2008) |
| 01/04/2008 | 2 | ORDER OF RECUSAL: Judge Mary M Lisi recused; Case reassigned to Judge William E Smith for all further proceedings- So Ordered by Chief Judge Mary M Lisi on 1/4/08. (Barletta, Barbara) (Entered: 01/04/2008) |
| 12/27/2007 | | Summons Issued as to Century Indemnity Company, Central National Insurance Company of Omaha. (Duhamel, John) (Entered: 12/27/2007) |
| 12/27/2007 | 1 | COMPLAINT against all defendants ( Filing fee: $ 350.00; Receipt number: 67555), filed by Seaton Insurance Company. (Attachments: # 1 Exhibit A: Policy Declarations; # 2 Exhibit B: Memorandum of Reinsurance; # 3 Exhibit C: Special Coverage Policy; # 4 Exhibit D: Special Coverage Policy; # 5 Civil Cover Sheet)(Duhamel, John) (Entered: |

Case 1:07-cv-00478-S-LDA Document 9-2 Filed 02/05/2008 Page 19 of 19

| | | |
|---|---|---|
| | | 12/27/2007) |