**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a Unigard Mutual Insurance Company,
Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,
Defendants.

C.A. No. 07-478-S

**STIPULATION TO EXTEND TIME**

The Plaintiff and Defendant ACE Property and Casualty Insurance Company on behalf of Central National Insurance Company of Omaha, but only as respects policies issued through Cravens, Dargan & Company, Pacific Coast ("Central National"), by their undersigned counsel, hereby stipulate that Central National shall have up to and including February 8, 2008 within which to answer or otherwise respond to Plaintiff's Complaint.

SEATON INSURANCE COMPANY,
f/k/a Unigard Mutual Insurance Company

By Its Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros, Esq. (#2931)
Anna M. Piazza (#7206)
HINCKLEY, ALLEN & SNYDER, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 FAX
gpetros@haslaw.com
apiazza@haslaw.com

ACE PROPERTY & CASUALTY INSURANCE COMPANY on behalf of Central National Insurance Company of Omaha, but only as respects policies issued through Craven, Dargan & Company, Pacific Coast

By Its Attorneys,

/s/ Robert K. Taylor

Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

966949_1