IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | Civil Action No. 07-478 |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Seaton Insurance Company, hereby moves that Mark Hoerrner be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

SEATON INSURANCE COMPANY

By their Attorneys,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: 401-274-2000
Fax: 401-277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Dated: March 6, 2008.

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Jersey and New York and of the following Federal District Court and/or Court of Appeals Bar(s) Southern District of New York, Eastern District of New York, and District of New Jersey, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Mark Hoerrner, Esq.
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel: 973-379-4800
Fax: 973-379-7734
mhoerrner@budd-larner.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gerald J. Petros
Gerald J. Petros, RI Bar ID #2931
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)
gpetros@haslaw.com

---

**ORDER**

This motion is hereby ______________________________.

______________________________
District Judge

Date: ______________________

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

872294 (60891-134770)