IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | CIVIL ACTION NO. 07-478-S-LDA |

## RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Seaton Insurance Company ("Seaton"), formerly known as Unigard Mutual Insurance Company, states that the following reflects Seaton's corporate parents and any publicly held company that owns 10% or more of its stock:

- Stonewall Acquisition Corporation
- Dukes Place Holdings, L.P.
- Dukes Place Holdings, Ltd.
- Dukes Place Holdings, LLC
- DP Holdings LLC
- Greenwich Street Capital Partners II, L.P.
- Greenwich Street Investments II, LLC
- Travelers Insurance Company

A copy of Seaton's organizational chart is attached hereto as Exhibit A and is incorporated herein by reference.

SEATON INSURANCE COMPANY

Respectfully submitted by its attorneys:

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Joseph J. Schiavone (admitted pro hac vice)
Mark D. Hoerrner (admitted pro hac vice)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Phone: (973) 379-4800
Fax: (973) 379-7734
jschiavone@budd-larner.com
mhoerrner@budd-larner.com

Dated: April 30, 2008

## CERTIFICATE OF SERVICE

To:

Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7104
rkt@psh.com

I hereby certify that on April 30, 2008, a copy of the foregoing Plaintiff's Rule 7.1 Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

894461 (60691-134770)

# EXHIBIT A

# Organization Chart at December 31, 2007




Notes:

1 All subsidiaries are 100% owned unless otherwise indicated.
2 All determinations or actions taken by Greenwich Street Investments II, LLC with respect to DP Holdings LLC, Dukes Place Holdings, L.P., Dukes Place Holdings Limited, Dukes Place Holdings LLC, or any subsidiary of the foregoing, shall be made solely by Matthew C. Kaufman.
3. Other subsidiary companies of Cavell Holdings Limited have not been listed as they are either not actively trading or are otherwise immaterial within the context of the Cavell group of companies.
4 Except for Greenwich Street Capital Partners II, L.P. with 89.34% no limited partnership exceeds a 10% investment, the second largest holds 5.33%