# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEATON INSURANCE COMPANY, f/k/a Unigard Mutual Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY (as Successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,<br><br>Defendants. | C.A. No. 07-478-S-LDA |

## STATEMENT OF DEFENDANT CENTURY INDEMNITY COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Century Indemnity Company ("Century Indemnity"), as successor to Insurance Company of North America, by and through its undersigned counsel, certifies that the following identifies the corporate parents of Century Indemnity as well as any publicly held company that owns 10% or more of said parties' stock:

Century Indemnity Company is 100% owned by Brandywine Holdings Corporation, which is 100% owned by INA Financial Corporation, which is 100% owned by INA Corporation, which is 100% owned by ACE INA Holdings, Inc., 80% of which is owned by ACE Group Holdings, Inc., and 20% of which is owned by ACE Limited. ACE Group Holdings, Inc. is a wholly owned subsidiary of ACE Limited, the ultimate parent company. ACE Limited is a publicly traded company whose stock trades on the New York Stock Exchange under the symbol "ACE."

CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America)

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: May 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STATEMENT OF DEFENDANT CENTURY INDEMNITY COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 was filed with the Clerk of the United States District Court for the District of Rhode Island this 7th day of May, 2008 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder, LLP
gpetros@haslaw.com

Anna M. Piazza, Esq. / Hinckley, Allen & Snyder, LLP
apiazza@haslaw.com

Joseph J. Schiavone, Esq. / Budd Larner, P.C.
jschiavone@budd-larner.com

Mark Hoerrner, Esq. / Budd Larner, P.C.
mhoerrner@budd-larner.com

/s/ Robert K. Taylor

983263_1/8124-3