**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a
Unigard Mutual Insurance Company,

Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,

Defendants.

C.A. No. 07-478-S-LDA

**WITHDRAWAL OF APPEARANCE**

I, Anna M. Piazza, hereby withdraw my appearance as counsel for Plaintiff, Seaton Insurance Company.

Respectfully submitted,

/s/ Anna M. Piazza

Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
apiazza@haslaw.com

Dated: July 18, 2008

**CERTIFICATE OF SERVICE**

To:

Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7104
rkt@psh.com

I hereby certify that on July 18, 2008, a copy of the foregoing Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Anna M. Piazza
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
apiazza@haslaw.com

910061 (60691-134770)