**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a Unigard Mutual Insurance Company,

Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to Insurance Company of North America) and CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA,

Defendants.

C.A. No. 07-478-S-LDA

**ENTRY OF APPEARANCE**

I, Alexandra K. Callam, hereby enter my appearance as counsel for Plaintiff, Seaton Insurance Company.

Respectfully submitted,

/s/ Alexandra K. Callam

Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
acallam@haslaw.com

Dated: July 18, 2008

## CERTIFICATE OF SERVICE

To:

Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7104
rkt@psh.com

I hereby certify that on July 18, 2008, a copy of the foregoing Entry of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Alexandra K. Callam
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
acallam@haslaw.com

911102 (60691-134770)